```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :
                                Plaintiff,                  :
                                                            :          22-CV-9974 (VSB)
                -against-                                   :
                                                            :              ORDER
TEXTEL WIRELESS SERVICES INC., a                            :
New York corporation, d/b/a BOOST                           :
MOBILE STORE, and 166 DELANCEY                              :
LLC, a New York limited liability company,                  :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on November 11, 2022, (Doc. 1), and filed affidavits of service on January 23, 2023, and January 25, 2023, (Docs. 7, 8). The deadlines for Defendants to respond to Plaintiff's complaint was January 26, 2023. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 28, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 14, 2023
             New York, New York

                                                                   VERNON S. BRODERICK
                                                                       United States District Judge